| MASHANNA GALLO | * | NO. 2021-CA-0313 |
| VERSUS | * | COURT OF APPEAL |
| GREENPATH INTERNATIONAL, INC. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**BELSOME, J., CONCURS IN THE RESULT**